IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

FRANKLIN KLEIN,

    Plaintiff,

  v.                                         Case No.  19-cv-887-bbc

CINDY O'DONNELL, BRAD HOMPE,
LINDA ALSUM, JODI DOUGHERTY,
PAULINE HULSTEIN, DR. LILY LIU,
AMANDA KRAGNESS,
TAMMY S. MAASEN, CHRIS BUESGEN,
L. KRISTINE PRALLE, KEVIN GARCEAU,
WADE PULHAM and ANTHONY HENTZ,

    Defendants.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 5/24/2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |